Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 18–11870–JNP
          Chapter: 7
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Raymond P Trimarco<br>410 Almonesson Rd<br>Blackwood, NJ 08012 | Aubrey R Trimarco<br>aka Aubrey Wallace, dba Aubrey's Glass Act<br>410 Almonesson Rd<br>Blackwood, NJ 08012 |

Social Security No.:
  xxx–xx–5328                                         xxx–xx–5192

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 11, 2018</u>           <u>Jerrold N. Poslusny Jr.</u>
                                        Judge, United States Bankruptcy Court